**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION**

YOLANDA HASTON,

    Plaintiff,

v.                                 CIVIL ACTION NO. 8:11-cv-02061-JFM

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, YOLANDA HASTON ("Plaintiff"), by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalizing, which Plaintiff anticipates will be within the next thirty (30) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                            RESPECTFULLY SUBMITTED,

                                            By: _/s/ Fredrick Nix
                                            Fredrick Nix - Local Counsel
                                            Law Office of Fredrick E. Nix
                                            240 S Potomac Street
                                            Hagerstown, MD 21740

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 30, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on September 30, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

       By:    /s/ Fredrick Nix
                     Fredrick Nix, Esq.